JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT -6 1989

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 816

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ARON B. KATZ, ET AL., LOAN LITIGATION

ORDER DENYING TRANSFER

This litigation presently consists of five actions pending in two federal districts: three actions in the Northern District of Texas and two actions in the Western District of Texas. Before the Panel is a motion by Aron B. Katz and a group of twelve entities to centralize the actions, pursuant to 28 U.S.C. §1407, in the Northern District of Texas for coordinated or consolidated pretrial proceedings. The Federal Savings and Loan Insurance Corporation and five other parties in the litigation oppose transfer.

On the basis of the papers filed and the hearing held, the Panel finds that centralization would not necessarily serve the convenience of the parties and witnesses or further the just and efficient conduct of this litigation. Although we recognize that the actions in this litigation may involve some common questions of fact, we are not persuaded that these common questions of fact will predominate over individual questions of fact pertaining to the separate loan transactions at issue in the different actions. We note that the actions are pending in adjacent districts, and we point out that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F. Supp. 242, 244 (J.P.M.L. 1978). See also Manual for Complex Litigation, Second, §31.13 (1985).

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 of the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

Schedule A

<u>MDL-816 -- In re Aron B. Katz, et al., Loan Litigation</u>

<u>Western District of Texas</u>

<u>Aron B. Katz, et al. v. Federal Savings and Loan Insurance Corporation as Receiver for First City Savings Association, et al.</u>, C.A. No. 88-CA-759

<u>Aron B. Katz, et al. v. Federal Savings and Loan Insurance Corporation as Receiver for First City Savings Association, et al.</u>, C.A. No. 88-CA-761

<u>Northern District of Texas</u>

<u>Northpark Savings Association, et al. v. Aron B. Katz, et al.</u>, C.A. No. CA3-86-1315-T

<u>Independent American Savings Association, etc. v. Aron B. Katz</u>, C.A. No. CA3-88-0600-C

<u>Commonwealth Mortgage Corporation, et al. v. Northchase Associates Limited Partnership, et al.</u>, C.A. No. CA3-89-0904-R